**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KEVIN J. WATTS**                                                                                          **PLAINTIFF**

**V.**                                       **No. 4:11CV00023 SWW-BD**

**GARY STEWART,** *et al.*                                                                           **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, Mr. Watts's claim is DISMISSED with prejudice. The Court certifies that this dismissal of this action will count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 31st day of May, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE