# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KEVIN J. WATTS**                                                                           **PLAINTIFF**

**V.**                      **No. 4:11CV00023 SWW-BD**

**GARY STEWART,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 31st day of May, 2011.

                                                     /s/Susan Webber Wright
                                                     UNITED STATES DISTRICT JUDGE